# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. <u>10-1863</u>

Schwinger, et al v. Amer Diesel Gas Inc, et al

(D.N.J. No. 2-08-cv-05820)

## O R D E R

In accordance with the motion by the appellant in the above-captioned case, the matter is hereby dismissed pursuant to Fed. R. App. P. 42(b), without cost to either party. A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

Dated: 4 May 2010

cc:

Douglas A. Goldstein, Esq.
David O. Marcus, Esq.
Howard A. Miller, Esq.
Patrick Papalia, Esq.

A True Copy:

*Marcia M. Waldron*

Marcia M. Waldron, Clerk